UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAY L. SELLERS,

    Plaintiff,

    v.

US SUPREME COURT, et al.,

    Defendants.

Case No. 14-cv-03358-JCS

**ORDER OF DISMISSAL**

Plaintiff Jay Sellers has filed a letter in this action stating that he no longer wishes to prosecute this case. Pursuant to Rule 41(a)(1)(A), a plaintiff may dismiss an action "without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The Court construes Plaintiff's letter as a notice of dismissal. The defendants have not served an answer or summary judgment motion and indeed, have not yet been served with the complaint. Accordingly, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: January 13, 2015

                                          JOSEPH C. SPERO
                                          United States Magistrate Judge